IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-30936
Conference Calendar
_____

ROBERT E. LOVE,

Plaintiff-Appellant,

versus

RICHARD L. STALDER, Secretary;
JOHN P. WHITLEY, WARDEN, LOUISIANA
STATE PENITENTIARY; DARREL VANNOY;
A.J. DUNN, Major,

Defendants-Appellees.

- - - - - - - - - - -
Appeal from the United States District Court
for the Middle District of Louisiana
USDC No. 93-CV-1108
- - - - - - - - - - -
April 17, 1996
Before DUHÉ, DeMOSS, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Robert E. Love appeals from the district court's entry of summary judgment for the defendants in his civil rights suit. Love has filed a request with this court for leave to proceed in forma pauperis (IFP) on appeal. Love argues that he was improperly classified to a punitive disciplinary camp rather than to a "protected custody extended lockdown," thus denying him his

    Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

rights to due process and equal protection under the law.  This is not a nonfrivolous issue for appeal.  <u>See</u> <u>Sandin v. Conner</u>, 115 S. Ct. 2293, 2300 (1995).  Accordingly, the motion to proceed IFP on appeal is DENIED and the APPEAL is DISMISSED.  <u>See</u> 5th Cir. R. 42.2.